**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

| ANTHONY WOODLAND | PLAINTIFF |
|---|---|
| VS. | CIVIL ACTION NO.: 5:05CV00085(DCB)(JCS) |
| THE CITY OF VICKSBURG, ET AL. | DEFENDANTS |

### ORDER OF DISMISSAL

Pursuant to a Stipulation of Dismissal filed by the parties with the Clerk of the Court, and as further evidenced by the signatures below of their duly authorized counsel of record, the Court hereby orders that all of the Plaintiff's claims in the above-titled action against Defendants, the City of Vicksburg, Mississippi, Billy Brown, Tom Wilson, Jeff Merrit, Bobby Stewart, Wayne Smith, Chief Tommy Moffett, Larry Burns and Walterine Langford, are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and respective costs incurred in connection with this action.

IT IS, THEREFORE, ORDERED that all of Plaintiff's claims in the above-titled action are hereby dismissed with prejudice.

SO ORDERED, this the   11th   day of June, 2007.

                                                                             s/ David Bramlette  
                                                             UNITED STATES DISTRICT JUDGE

/s/ Anthony Woodland  
ANTHONY WOODLAND


/s/ Saundra B. Strong  
GARY E. FRIEDMAN  
SAUNDRA B. STRONG

JO.99359772.1